WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
MEGAN A. LEWIS (SBN 221263)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Counsel for Debtor APM, INC.

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>APM, INC.,<br><br>      Debtor.<br><br>_____<br><br>APM, INC., a California Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>KATOEN NATIE CANADA<br><br>      Defendant. | Case No. 04-27694-C-11<br><br>Adversary Proceeding No. |

185517.1        -1-

COMPLAINT FOR AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS

COMPLAINT FOR (1) AVOIDANCE OF PREFERENTIAL TRANSFERS (11 USC §547) (2) RECOVERY OF AVOIDED TRANSFERS (11 USC §550)

APM, Inc., the plaintiff and debtor herein ("Plaintiff") alleges as follows:

### ALLEGATIONS AS TO JURISDICTION AND VENUE

1. Plaintiff is the debtor and debtor in possession in Chapter 11 Case No. 04-27694-C-11 pending in the United States Bankruptcy Court for the Eastern District of California. Plaintiff commenced this Chapter 11 case on July 27, 2004.

2. Defendant KATOEN NATIE CANADA is a Canadian business entity, form unknown, that at all times relevant herein, did business in California.

3. The Court has jurisdiction over the subject matter of this adversary proceeding pursuant to 28 U.S.C. sections 1334, 157(a) and 157(b).

4. This is a core proceeding pursuant to 28 U.S.C. sections 157(b)(2)(A), (E) and (O).

5. Venue is proper before this Court pursuant to 28 U.S.C. section 1409.

### I.
### FIRST CAUSE OF ACTION
### (Avoidance of Preferential Transfer)

6. Plaintiff incorporates by reference paragraphs 1 through 5 of this Complaint as though set forth fully herein.

7. Prior to the commencement of the Chapter 11 case Plaintiff became indebted to KATOEN NATIE CANADA in the aggregate amount of not less than C$5,143.39 for goods sold and delivered and services provided. At all times herein KATOEN NATIE CANADA was an unsecured creditor of Plaintiff.

8. On June 11, 2004, Plaintiff made payments to KATOEN NATIE CANADA as set forth in Exhibit "A" in the aggregate amount of C$5,143.39. These payments constitute a transfer of Plaintiff's property that was made on or within 90 days of Plaintiff filing of its bankruptcy petition.

9. The transfer was made on account of an antecedent debt owed by Plaintiff to KATOEN NATIE CANADA before the transfer was made.

10. At the time of the transfer, Plaintiff was insolvent.

11. The transfer enabled KATOEN NATIE CANADA to receive more than it would have received under Chapter 7 of the Bankruptcy Code if the transfer had not been made.

12. Each payment constitutes an avoidable preference under Section 547 of the Bankruptcy Code.

WHEREFORE, Plaintiff requests relief as set forth herein.

## II.
## SECOND CAUSE OF ACTION

### (Recovery of Avoidable Transfers)

13. Plaintiff incorporates by reference paragraphs 1 through 12 of this Complaint as though set forth fully herein.

13. On September 6, 2005, Plaintiff demanded that KATOEN NATIE CANADA return the preference payments.

14. As of the date of filing this Complaint, KATOEN NATIE CANADA has not returned the preferential transfer.

15. Recovery of this transfer will benefit the estate.

16. Plaintiff is entitled to recover the sum of C$5,143.39 upon avoidance of the transfer described above.

WHEREFORE, Plaintiff requests relief as set forth herein.

On the First Cause of Action:

1. For avoidance of the transfers set forth in Exhibit "A"; and

2. For such other relief as is appropriate and necessary.

On the Second Cause of Action:

1. For judgment recovering the amount of C$5,143.39 pursuant to Section 550 of the Bankruptcy Code;

2. For costs, prejudgment interest and post judgment interest, as allowed by law, and

3. For such other relief as is appropriate and necessary.

| | | |
|---|---|---|
| 1 | DATED: October 11, 2005 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| 2 | | |
| 3 | | By: *[signature]* Megan A. Lewis |
| 4 | | MEGAN A. LEWIS |
| 5 | | Attorneys for Debtor, APM, INC. |

## EXHIBIT "A"

| INVOICE # | INVOICE DATE | CHECK | PAID DATE | AMOUNT |
|---|---|---|---|---|
| 212411 | 1-Apr-04 | 8078 | 11-Jun-04 | 4,615.38 |
| 341568 | 1-Apr-04 | 8078 | 11-Jun-04 | 528.01 |

**TOTAL: C$5,143.39**

185519.1